## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf | Case No. |
| Plaintiff, | **COMPLAINT** |
| vs. | **(Jury Trial Demanded)** |
| Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf | |
| Defendant. | |

The Plaintiff, Roberts Enterprises, LP, d/b/a Mayday Golf, (hereinafter "Roberts Enterprises") by its undersigned attorneys complains against the Defendant alleging as follows:

### JURISDICTION

1.      Roberts Enterprises' claims arise under the Federal Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq.*, particularly 15 U.S.C. §§ 1114 and 1125. This Court has jurisdiction over the subject matter of this action and the parties hereto pursuant to 15 U.S.C. §§ 1116 and 1121; and 28 U.S.C. §§ 1331, 1332, 1338, and 1367.

### VENUE

2.      Venue is proper in this forum pursuant to 28 U.S.C. § 1391.

3.      Furthermore, events giving rise to the causes of action described herein occurred in the District of Delaware, and the acts complained of continue to occur and are ongoing in the District of Delaware.

**PARTIES**

4.      Roberts Enterprises, d/b/a Mayday Golf, is a corporation organized and existing under the laws of the State of South Carolina, with its headquarters and principle place of business in Clover, South Carolina.

5.      Roberts Enterprises is informed and believes that Defendant, Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf, is a Delaware corporation organized and existing under the laws of the State of Delaware, with its principal place of business at Highway One at Midway, Rehoboth Beach, Delaware, and which has conducted business in Delaware.

**FACTS**

6.      Roberts Enterprises is in the business of operating, promoting, and marketing a miniature golf course throughout the United States for use by the general public.

7.      Beginning on November 14, 1997 and at all times thereafter, Roberts Enterprises has used a unique theme and distinctive trade dress (hereinafter "Trade Dress") of an airplane suspended above a miniature golf course to identify, promote, and market its miniature golf course services to the general public.

8.      Roberts Enterprises applied for federal registration of its distinctive Trade Dress with the United States Patent and Trademark Office on November 28, 2000. On September 24, 2002, the Trade Dress of an airplane suspended above a miniature golf course was registered as a service mark (U.S. Reg. No. 2,623,494) (the "Mark") on the Principle Register of the United States Patent and Trademark Office to Roberts Enterprises. This registration is valid and subsisting, and grants Roberts Enterprises the exclusive right to stop others from using the Mark

or marks confusingly similar thereto in commerce in the United States. A copy of the Mark's registration is attached hereto and made a part hereof as EXHIBIT A.

9.    Through Roberts Enterprises' long use of a consistent airplane design, size, and elevated location at its miniature golf course, Roberts Enterprises has created a distinctive visual image. This distinctive visual image of an airplane elevated above its miniature golf course has become associated in the relevant market with Roberts Enterprises' miniature golf course services and, thus, serves as a source identifier.

10.    The distinctive visual image created by Roberts Enterprises' use of an airplane suspended above its miniature golf course has caused Roberts Enterprises' miniature golf course to be recognizable to the general public "as being the one with the big airplane." Affidavits showing that the Roberts Enterprises' suspended airplane above its miniature golf course has become distinctive of its services in commerce are attached as Exhibit B.

11.    Roberts Enterprises has invested substantial time, effort, and money in promoting and advertising its miniature golf course services to create this association and has continuously used its Mark and Trade Dress in interstate commerce since November 14, 1997. Such marketing has included a website and multiple advertising catalogs and brochures distributed to the general public featuring the Mark in connection with Roberts Enterprises' miniature golf course services.

12.    Roberts Enterprises' success in operating, promoting, and marketing its miniature golf course has resulted in Roberts Enterprises' golf course being named one of the top miniature golf courses in the United States by *Newsweek*. This honorable distinction demonstrates the extensiveness of Roberts Enterprises' marketing and advertising efforts.

13.    Roberts Enterprises has licensed the use of its Mark of an airplane suspended above a miniature golf course to certain miniature golf courses throughout the country which are patronized by the general public.  One of such Roberts Enterprises' licensees, BMS Golf, LLC, d/b/a Lost Treasure Golf, maintains a miniature golf course located at 13903 Coastal Highway, Ocean City, Maryland 21842.

14.    Roberts Enterprises' licensing agreements include quality control provisions which directly give Roberts Enterprises the right to control and inspect the nature and quality of services provided by its licensees in connection with its registered service Mark.  Furthermore, Roberts Enterprises does, in fact, control the nature and quality of services provided by its licensees in connection with its registered service Mark through inspections and other reasonable measures to detect and prevent misleading uses.

15.    Upon information and belief, Defendant Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf, is in the business of operating, marketing, and promoting a miniature golf course in this District.

16.    On or about October 7, 2004, Roberts Enterprises was informed by its licensee BMS Golf, LLC that Defendant maintained an airplane suspended above its miniature golf course.

17.    Upon information and belief, Defendant willfully began using an airplane suspended above its miniature golf course in or after May 2002 that is identical to or confusingly similar to Roberts Enterprises' Trade Dress.  Further, Defendant markets and promotes its miniature golf course services within this District and throughout the United States by showing an airplane suspended above its miniature golf course in advertisements and on its website at www.rehobothtoday.com/midway/.

18.    Defendant's wrongful use of the suspended airplane in connection with its miniature golf course services has caused or is likely to cause confusion, or to cause mistake, or to deceive the general public as to the source of origin of its and Roberts Enterprises' miniature golf course services.

19.    Defendant had constructive notice that Roberts Enterprises owned exclusive rights in its Trade Dress and Mark when it was first published for opposition in the Official Gazette on July 2, 2002. Moreover, Defendant had actual notice of Roberts Enterprises' rights in the Trade Dress and registered Mark on or before November 1, 2004, through Roberts Enterprises' cease and desist letter. However, Defendant continues to display the airplane suspended above its miniature golf course.

20.    To the extent that Defendant misrepresents itself as the miniature golf course with the suspended airplane, it will usurp and deprive Roberts Enterprises of its goodwill in the marketplace and lead to substantial confusion among consumers. Furthermore, Roberts Enterprises' valuable goodwill in its Trade Dress and registered Mark is at risk of being tarnished, as Roberts Enterprises has no control over the quality of the services provided by Defendant.

21.    Defendant's infringement has been willful and deliberate, designed specifically to trade upon the vast goodwill associated with Roberts Enterprises' Trade Dress and registered Mark. Furthermore, Defendant's acts of infringement have been committed and continue with knowledge that such acts infringe Roberts Enterprises' Trade Dress and registered Mark and with intent to cause confusion and mistake, or to deceive the general public.

22.    Defendant's use of a suspended airplane in connection with its miniature golf course services will irreparably harm Roberts Enterprises by trading on Roberts Enterprises'

reputation and goodwill, will deceive and confuse customers in the relevant market, and will take advantage of Roberts Enterprises' marketing, advertising and service efforts.

## PLAINTIFF'S DAMAGES

23.    The allegations of Paragraphs 1 through 22 above are incorporated herein by reference as if set forth verbatim.

24.    Roberts Enterprises is entitled to recover damages from Defendant for (a) Roberts Enterprises' lost profits as a result of infringing activities and unfair competition, in an amount to be proven at trial; (b) disgorgement of the Defendant's profits as a result of infringing activities and unfair competition; (c) an amount sufficient to engage in corrective advertising in order to rectify the misrepresentation and confusion connected with the suspended airplane Trade Dress and Mark which Defendant created through its willful infringement; (d) a reasonable royalty for the use of the suspended airplane Trade Dress and Mark; and (e) treble damages, punitive damages, and reasonable attorneys' fees and cost, all in excess of $75,000, exclusive of interest and costs.

25.    Roberts Enterprises further has no adequate remedy at law for this conduct because the actions of Defendant have caused and, if not enjoined, will continue to cause, irreparable harm to the rights of Roberts Enterprises in its Trade Dress and registered Mark and to Roberts Enterprises' business, reputation, and goodwill.  Roberts Enterprises is therefore entitled to a preliminary and permanent injunction to prevent Defendant's continuing use of a suspended airplane in connection with its miniature golf course services.

## FIRST CLAIM FOR RELIEF
### (Federal Trade Dress & Service Mark Infringement - 15 U.S.C. § 1114(1)(a))

26.     The allegations of Paragraphs 1 through 25 above are incorporated herein by reference as if set forth verbatim.

27.     Defendant has knowingly and willfully used in commerce the trade dress of an airplane elevated above its miniature golf course, which is identical to or a confusingly similar reproduction, copy, or colorable imitation of Roberts Enterprises' Trade Dress for which it owns a federal registration (U.S. Reg. No. 2,623,494), without the consent of Roberts Enterprises.

28.     Defendant's use in commerce of the trade dress of an airplane elevated above its miniature golf course has been in connection with the sale, offering for sale, distribution, or advertising of Defendant's miniature golf course services.

29.     Defendant's use in commerce of the trade dress of an airplane elevated above its miniature golf course has or is likely to cause confusion of consumers, or to deceive consumers desiring to visit and use the services of Roberts Enterprises' miniature golf course, or to cause mistake regarding the source and quality of the miniature golf course.

30.     Defendant's use in commerce of the trade dress of an airplane elevated above its miniature golf course is a violation of the Lanham Act, 15 U.S.C. § 1114(1)(a).

31.     Defendant's use in commerce of the trade dress of an airplane elevated above its miniature golf course has or is likely to cause loss of goodwill and profits to Roberts Enterprises, damages the reputation of Roberts Enterprises' miniature golf course, and injures the public by causing confusion, mistake, and deception.

32.     Defendant has used the trade dress of an airplane elevated above its miniature golf course in commerce with the knowledge and intent that such use is likely to cause confusion, mistake, and deception to relevant consumers and the general public.

33.    Roberts Enterprises is informed and believes that Defendant intends to continue the conduct complained of herein. Roberts Enterprises has no adequate remedy at law for this conduct. The actions of Defendant have caused and, if not enjoined, will continue to cause, irreparable harm to the rights of Roberts Enterprises in its Trade Dress and registered Mark and to Roberts Enterprises' business, reputation, and goodwill. Pursuant to 15 U.S.C. § 1116(a), Roberts Enterprises is therefore entitled to a preliminary and permanent injunction, as prayed for below, to prevent Defendant's continuing use in commerce of the trade dress of an airplane elevated above its miniature golf course.

34.    Roberts Enterprises is further entitled to recover its actual damages, trebled, in the form of lost profits, disgorgement of the Defendant's profits, punitive damages, a sum sufficient to conduct corrective advertisement, and/or a reasonable royalty, reasonable attorneys' fees, and the costs of this litigation, pursuant to 15 U.S.C. § 1117.

## SECOND CLAIM FOR RELIEF
### (Federal False Designation of Origin or Source - 15 U.S.C. § 1125(a))

35.    The allegations of Paragraphs 1 through 34 above are incorporated herein by reference as if set forth verbatim.

36.    Roberts Enterprises owns and has continuously used in commerce a distinctive Trade Dress, which includes an airplane elevated above its miniature golf course. This Trade Dress is easily recognized by its consumers and the public as the source identifier of Roberts Enterprises' miniature golf course services.

37.    Roberts Enterprises' Trade Dress, as described above, of an airplane elevated above its miniature golf course constitutes a trade dress that is non-functional. Further, Roberts Enterprises' long use of an airplane elevated above its miniature golf course and Roberts

Enterprises' advertising and marketing displaying an airplane elevated above its miniature golf course has created a visual image that is inherently distinctive and has acquired a secondary meaning and significance in the minds of the relevant public. Roberts Enterprises has successfully differentiated its miniature golf course services from those of others by using its Trade Dress, and its consumers and the public have come to associate Roberts Enterprises' Trade Dress with miniature golf course services of consistently high quality. Roberts Enterprises has obtained protection of its Trade Dress through a valid and subsisting federally registered service Mark.

38.    Defendant's use in commerce of an elevated airplane in connection with its miniature golf course services constitutes infringement of Roberts Enterprises' Trade Dress and federally registered service Mark and is likely to cause confusion and mistake in the minds of the consuming public as to the origin or source of services, in violation of 15 U.S.C. § 1125(a).

39.    Defendant has and continues to market, promote, and use in commerce the trade dress of an airplane elevated above its miniature golf course which infringes on Roberts Enterprises' Trade Dress and registered service Mark and is likely to cause consumers to believe that Roberts Enterprises' and Defendant's miniature golf course services come from the same origin or source, or that Roberts Enterprises sponsors or approves of Defendant's miniature golf course services, or that Roberts Enterprises and Defendant are somehow affiliated, connected or associated with one another when in fact they are not, in violation of 15 U.S.C. § 1125(a).

40.    Defendant's acts of infringement of Roberts Enterprises' Trade Dress and registered service Mark complained of herein have been committed and/or continue willfully, with knowledge that such acts infringe Roberts Enterprises' rights, and with intent to cause confusion and mistake, or to deceive the consuming public.

41.     Despite a written demand to cease and desist, Defendant has refused to make any changes to its overall trade dress at its miniature golf facility or in its marketing and advertising material so as to prevent consumer confusion and avoid engaging in infringement of Roberts Enterprises' Trade Dress and registered service Mark.  Instead, Defendant has intentionally chosen to continue their course of improper and illegal conduct.

42.     Roberts Enterprises is informed and believes that Defendant intends to continue the conduct complained of herein.  Roberts Enterprises has no adequate remedy at law for this conduct.  The actions of Defendant have caused and, if not enjoined, will continue to cause, irreparable harm to the rights of Roberts Enterprises in its Trade Dress and registered service Mark and to Roberts Enterprises' business, reputation, and goodwill.  Roberts Enterprises is therefore entitled to a preliminary and permanent injunction as provided for pursuant to 15 U.S.C. § 1116(a) and as prayed for below.

43.     Roberts Enterprises is further entitled to recover its actual damages, trebled, in the form of lost profits, disgorgement of the Defendant's profits, punitive damages, a sum sufficient to conduct corrective advertisement, and/or a reasonable royalty, reasonable attorneys' fees, and the costs of this litigation, pursuant to 15 U.S.C. § 1117.

## THIRD CLAIM FOR RELIEF
### (Federal Unfair Competition - 15 U.S.C. § 1125(a))

44.     The allegations of Paragraphs 1 through 43 above are incorporated herein by reference as if set forth verbatim.

45.     Defendant's infringing acts constitute federal unfair competition with Roberts Enterprises in violation of the federal Lanham Act, 15 U.S.C. § 1125(a).

46.     Defendant's unfair competition with Roberts Enterprises has been willful and intentional for the purpose of deceiving consumers and injuring the goodwill of Roberts Enterprises.

47.     Roberts Enterprises is informed and believes that Defendant intends to continue the conduct complained of herein. Roberts Enterprises has no adequate remedy at law for this conduct. The actions of Defendant have caused and, if not enjoined, will continue to cause, irreparable harm to the rights of Roberts Enterprises in its Trade Dress and registered service Mark and to Roberts Enterprises' business, reputation, and goodwill. Roberts Enterprises is therefore entitled to a preliminary and permanent injunction as provided for pursuant to 15 U.S.C. § 1116(a) and as prayed for below.

48.     Roberts Enterprises is further entitled to recover its actual damages, trebled, in the form of lost profits, disgorgement of the Defendant's profits, punitive damages, a sum sufficient to conduct corrective advertisement, and/or a reasonable royalty, reasonable attorneys' fees, and the costs of this litigation, pursuant to 15 U.S.C. § 1117.

## FOURTH CLAIM FOR RELIEF
### (Federal Trademark Dilution - § 1125(c))

49.     The allegations of Paragraphs 1 through 48 above are incorporated herein by reference as if set forth verbatim.

50.     Roberts Enterprises' Trade Dress is a famous Mark within the meaning of 15 U.S.C. § 1125(c)(1).

51.     Defendant's use of an elevated airplane in connection with its miniature golf course services which is identical to or confusingly similar to Roberts Enterprises' Trade Dress

11

and registered Mark is likely to dilute the distinctive quality of Roberts Enterprises' Trade Dress and registered Mark.

52.    Defendant's intentional acts constitute trademark dilution in violation of the federal Lanham Act, 15 U.S.C. § 1125(c).

53.    Defendant's dilution of Roberts Enterprises' Trade Dress and registered Mark has been willful with the intent to trade on Roberts Enterprises reputation' or to cause dilution of Roberts Enterprises' Trade Dress and registered Mark which has irreparably injured the goodwill of Roberts Enterprises.

54.    Roberts Enterprises is informed and believes that Defendant intends to continue the conduct complained of herein.  Roberts Enterprises has no adequate remedy at law for this conduct.  The actions of Defendant have caused and, if not enjoined, will continue to cause, irreparable harm to the rights of Roberts Enterprises in its Trade Dress and registered service Mark and to Roberts Enterprises' business, reputation, and goodwill.  Roberts Enterprises is therefore entitled to a preliminary and permanent injunction as provided for pursuant to 15 U.S.C. § 1116(a) and as prayed for below.

55.    Roberts Enterprises is further entitled to recover its actual damages, trebled, in the form of lost profits, disgorgement of the Defendant's profits, punitive damages, a sum sufficient to conduct corrective advertisement, and/or a reasonable royalty, reasonable attorneys' fees, and the costs of this litigation, pursuant to 15 U.S.C. § 1117.


## FIFTH CLAIM FOR RELIEF
### (Common Law Trade Dress and Service Mark Infringement)

56.    The allegations of Paragraphs 1 through 55 above are incorporated herein by reference as if set forth verbatim.

57.     This claim arises out of the same facts as the above claims based on the federal trademark laws, is substantially related thereto, and is properly before the Court under principles of supplemental jurisdiction.

58.     Defendant's actions, as described above, constitute infringement of Roberts Enterprises common law trade dress and service mark rights under the common law of the State of Delaware.

59.     Defendant's acts of infringement of Roberts Enterprises' Trade Dress and service Mark entitle Roberts Enterprises to recover its actual damages in the form of lost profits, disgorgement of Defendant's profits, a sum sufficient to conduct corrective advertising, and/or a reasonable royalty, plus punitive damages.

60.     Defendant's infringement of Roberts Enterprises' Trade Dress and registered service Mark is likely to irreparably injure Roberts Enterprises' goodwill, and unless enjoined by this Court, will do so.  Further, Roberts Enterprises has no adequate legal remedy at law for this conduct.

61.     Under the common law of the State of Delaware, Roberts Enterprises is entitled to preliminary and permanent injunctive relief to prevent Defendant's continuing trade dress and service mark infringement.

**SIXTH CLAIM FOR RELIEF**
**(Common Law Unfair Competition)**

62.     The allegations of Paragraphs 1 through 61 above are incorporated herein by reference as if set forth verbatim.

63.     This claim arises out of the same facts as the above claims based on the federal trademark laws, is substantially related thereto, and is properly before the Court under principles of supplemental jurisdiction.

64.     Defendant's actions, as described above, constitute unfair competition under the common law of the State of Delaware.

65.     Defendant has promoted and marketed its miniature golf course using the trade dress of an airplane elevated above its miniature golf course in violation of Roberts Enterprises' Trade Dress and registered service Mark rights, with full knowledge of these rights, for the purpose of trading on Roberts Enterprises' goodwill and reputation, and to pass off its services as those of Roberts Enterprises and gain an unfair competitive advantage.

66.     Defendant's acts constitute unfair competition. Roberts Enterprises is entitled to recover from Defendant its actual damages in the form of lost profits, disgorgement of Defendant's profits, a sum sufficient to conduct corrective advertising, and/or a reasonable royalty, plus punitive damages.

67.     Defendant's acts of unfair competition are likely to irreparably injure Roberts Enterprises' goodwill and reputation and unless enjoined by this Court, will do so. Further, Roberts Enterprises has no adequate remedy at law for this conduct.

68.     Under the common law of the State of Delaware, Roberts Enterprises is entitled to preliminary and permanent injunctive relief to prevent Defendant's continuing unfair competition.

### SEVENTH CLAIM FOR RELIEF
**(State Deceptive Trade Practices -- 6 Del. C. § 2531 et seq.)**

69.     The allegations of Paragraphs 1 through 68 above are incorporated herein by reference as if set forth verbatim.

70.     This claim arises out of the same facts as the above claims based on the federal trademark laws, is substantially related thereto, and is properly before the Court under principles of supplemental jurisdiction.

71.     Defendant's actions, as described above, constitute deceptive trade practices under Delaware's Deceptive Trade Practices statute because such actions, *inter alia*, constitute a passing off of Defendant's services as those of Roberts Enterprises, create a likelihood of confusion or misunderstanding as to the source, sponsorship, approval, or certification of Defendant's services, and create a likelihood of confusion or misunderstanding as to Defendant's affiliation, connection, or association with, or certification by Roberts Enterprises, in violation of 6 Del. C. § 2532.

72.     Defendant's willful and deceptive trade practices entitle Roberts Enterprises to recover treble the amount of any actual damages awarded for the same conduct under Delaware common law, as well as reasonable attorneys fees.

73.     Roberts Enterprises is entitled to preliminary and permanent injunctive relief under 6 Del. C. § 2533 to prevent Defendant's continuing deceptive trade practices.

## **PRAYER FOR RELIEF**

WHEREFORE, Roberts Enterprises prays as follows:

A.      Pursuant to 15 U.S.C. § 1116, Defendant, its officers, agents, employees, servants, representatives, attorneys, successors, assigns, firms, corporations and all others in privity or acting in concert or active participation with them, be preliminary and permanently enjoined and restrained from:

1.      directly or indirectly infringing Roberts Enterprises' Trade Dress and registered service Mark in any manner;

2.      using an airplane elevated above its miniature golf course,

3.      distributing and/or using advertising and/or marketing materials that incorporate an airplane elevated above a miniature golf course which is confusingly similar to Roberts Enterprises' Trade Dress and registered service Mark and infringes Roberts Enterprises' registered service Mark;

4.      further damaging Roberts Enterprises' goodwill, reputation, and business.

B.      That Defendant be required to account for, disgorge, and pay to Roberts Enterprises all profits, gains, benefits and advantages derived by Defendant from their conduct as alleged herein.

C.      That Roberts Enterprises recover from Defendant any and all damages suffered by Roberts Enterprises as a result of Defendant's deceptive, intentional, willful and wanton conduct alleged herein.

D.      That all profits and/or damages recovered by Roberts Enterprises be trebled or otherwise increased as provided under 15 U.S.C. § 1117 and 6 Del. C. § 2533.

E.    That Roberts Enterprises recover from Defendant its costs of this action and reasonable attorneys' fees, as provided by statute.

F.    That Roberts Enterprises have all other and further relief as the Court may deem just and proper under these circumstances.

Respectfully submitted,

_____
Rex A. Donnelly, IV (Delaware ID # 3492)
RatnerPrestia
1007 Orange Street, Suite 1100
Post Office Box 1596
Wilmington, Delaware 19899
PHONE:  302.778.2500
FACSIMILE:  302.778.2600
radonnelly@ratnerprestia.com


Of Counsel:


John B. Hardaway III (Federal ID # 1710)
Amy E. Allen  (Federal ID # 9722)
NEXSEN PRUET ADAMS KLEEMEIER, LLC
201 W. McBee Avenue, Suite 400 (29601)
Post Office Drawer 10648
Greenville, South Carolina  29603-0648
PHONE:  864.370.2211
FACSIMILE:  864.282.1177
jhardaway@nexsenpruet.com

Attorneys for Plaintiff
Roberts Enterprises

August 7, 2006
Wilmington, Delaware

NPGVL1:244534.1-SC-(AALLEN) 025118-00005

17

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

**Reg. No. 2,623,494**
Registered Sep. 24, 2002

## SERVICE MARK
### PRINCIPAL REGISTER





ROBERTS, JOHN T (UNITED STATES INDIVI-
    DUAL)
3088 MOUNTAINVIEW ROAD
CLOVER, SC 29710

FOR: MINIATURE GOLF COURSES, IN CLASS 41
(U.S. CLS. 100, 101 AND 107).

FIRST USE 11-14-1997; IN COMMERCE 11-14-1997.

OWNER OF U.S. REG. NO. 2,333,624.

THE MARK IS COMPRISED OF AN AUTHENTIC
AIRPLANE SUSPENDED OVER A MINIATURE
GOLF COURSE.

SEC. 2(F).

SER. NO. 76-172,358, FILED 11-28-2000.

TONI HICKEY, EXAMINING ATTORNEY

STATE OF SOUTH CAROLINA )

COUNTY OF HORRY_____ )

AFFIDAVIT OF _Gina D. Suggs_

The Affiant, being duly sworn, deposes and says:

1. My name is _Gina Suggs_ and I a customer of Mayday Golf.

2. I live in the _NMB_ area.

3. I am aware of many miniature golf courses in the Grand Strand area in addition to the Mayday course.

4. As a miniature golf course player, I have played many different courses and commonly identify a golf course by its theme.

5. I recognize the Mayday golf course as being the one with the big airplane, and identify the course as the one with the big airplane.

6. I find the big airplane at the Mayday course to be distinctive when compared to other miniature golf courses and their potentially identifying aspects.

7. I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: _Gina W. Suggs_

Name: _Gina D. Suggs_

SWORN and subscribed to before me this _9_ day of _oct_, 2001

_Isaac C Dunn_ (L.S.)

Notary Public for South Carolina

My commission expires:

_2.25.2003_

**STATE OF SOUTH CAROLINA** )
                                 )       **AFFIDAVIT OF** _Jason Haupt_

**COUNTY OF HORRY**_____ )

The Affiant, being duly sworn, deposes and says:

1.    My name is _Jason Haupt_ and I a customer of Mayday Golf.

2.    I live in the _PA._ area.

3.    I am aware of many miniature golf courses in the Grand Strand area in addition to the Mayday course.

4.    As a miniature golf course player, I have played many different courses and commonly identify a golf course by its theme.

5.    I recognize the Mayday golf course as being the one with the big airplane, and identify the course as the one with the big airplane.

6.    I find the big airplane at the Mayday course to be distinctive when compared to other miniature golf courses and their potentially identifying aspects.

7.    I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: _Jason Lee Haupt_

Name: _Jason Lee Haupt_

SWORN and subscribed to before me
this _9_ day of _oct_, 2001

_Oscar C Drun_ (L.S.)
Notary Public for South Carolina
My commission expires:

**2.25. 2003**

STATE OF SOUTH CAROLINA )
                                                )      AFFIDAVIT OF _Joe_ _Stephens_
COUNTY OF HORRY_____ )


The Affiant, being duly sworn, deposes and says:


1.    My name is _Joe_ _Stephens_____ and I a customer of Mayday Golf.

2.    I live in the _N.C_____ area.

3.    I am aware of many miniature golf courses in the Grand Strand area in addition to

       the Mayday course.

4.    As a miniature golf course player, I have played many different courses and

       commonly identify a golf course by its theme.

5.    I recognize the Mayday golf course as being the one with the big airplane, and

       identify the course as the one with the big airplane.

6.    I find the big airplane at the Mayday course to be distinctive when compared to

       other miniature golf courses and their potentially identifying aspects.

7.    I refer to and direct people to the Mayday miniature golf course as being the one

       with the big airplane.

                          Signature: _Joe Stephens_____

                          Name: _Joe Stephens_____

SWORN and subscribed to before me
this _9_ day of _act_, 2001

_____(L.S.)
Notary Public for South Carolina
My commission expires:

STATE OF SOUTH CAROLINA )

                         )        AFFIDAVIT OF *Gary Westphal*

COUNTY OF HORRY_____ )


The Affiant, being duly sworn, deposes and says:


1. My name is *Gary Westphal* _____ and I a customer of Mayday Golf.

2. I live in the *Detroit Michigan* _____ area.

3. I am aware of many miniature golf courses in the Grand Strand area in addition to
   the Mayday course.

4. As a miniature golf course player, I have played many different courses and
   commonly identify a golf course by its theme.

5. I recognize the Mayday golf course as being the one with the big airplane, and
   identify the course as the one with the big airplane.

6. I find the big airplane at the Mayday course to be distinctive when compared to
   other miniature golf courses and their potentially identifying aspects.

7. I refer to and direct people to the Mayday miniature golf course as being the one
   with the big airplane.

Signature: *Gary X. Westphal*

Name: *Gary Westphal*

SWORN and subscribed to before me
this *10* day of *Oct*_____, 2001

*(signature)* (L.S.)
Notary Public for South Carolina
My commission expires:

*2.25.2003*

STATE OF SOUTH CAROLINA )
                              )    AFFIDAVIT OF *Stephanie Stephens*

COUNTY OF HORRY_____ )

          The Affiant, being duly sworn, deposes and says:

1.     My name is ___*Stephanie Stephens*___ and I a customer of Mayday Golf.

2.     I live in the _____*NC*_____ area.

3.     I am aware of many miniature golf courses in the Grand Strand area in addition to the Mayday course.

4.     As a miniature golf course player, I have played many different courses and commonly identify a golf course by its theme.

5.     I recognize the Mayday golf course as being the one with the big airplane, and identify the course as the one with the big airplane.

6.     I find the big airplane at the Mayday course to be distinctive when compared to other miniature golf courses and their potentially identifying aspects.

7.     I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

                        Signature: *Stephanie D Stephens*

                        Name: *Stephanie Stephens*

SWORN and subscribed to before me
this 9 day of _Oct_____, 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:
2-25-2003

STATE OF SOUTH CAROLINA  )
                          )        AFFIDAVIT OF _WESLEY POROZYNSKI_
COUNTY OF HORRY_____   )

The Affiant, being duly sworn, deposes and says:

1.  My name is _WESLEY POROZYNSK_ and I a customer of Mayday Golf.

2.  I live in the _NORTH CAROLINA_ area.

3.  I am aware of many miniature golf courses in the Grand Strand area in addition to the Mayday course.

4.  As a miniature golf course player, I have played many different courses and commonly identify a golf course by its theme.

5.  I recognize the Mayday golf course as being the one with the big airplane, and identify the course as the one with the big airplane.

6.  I find the big airplane at the Mayday course to be distinctive when compared to other miniature golf courses and their potentially identifying aspects.

7.  I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: _____  )

Name: _WESLEY POROZYNSK_

SWORN and subscribed to before me
this _9_ day of _oct_____, 2001

_____(L.S.)
Notary Public for South Carolina
My commission expires:

_2.25. 2003_

STATE OF SOUTH CAROLINA )
                                )     AFFIDAVIT OF _JoAN  C. Porozynsk,_

COUNTY OF HORRY_____ )

The Affiant, being duly sworn, deposes and says:

1.    My name is _JoANC·Porozynsk_ and I a customer of Mayday Golf.

2.    I live in the _____N C_____ area.

3.    I am aware of many miniature golf courses in the Grand Strand area in addition to the Mayday course.

4.    As a miniature golf course player, I have played many different courses and commonly identify a golf course by its theme.

5.    I recognize the Mayday golf course as being the one with the big airplane, and identify the course as the one with the big airplane.

6.    I find the big airplane at the Mayday course to be distinctive when compared to other miniature golf courses and their potentially identifying aspects.

7.    I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: _Joan C. Porozynski_

Name: _JoAN  C.  Porozynski,_

SWORN and subscribed to before me
this _9_ day of _Oct_____, 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:

2.25- 2003

STATE OF SOUTH CAROLINA )
                           )       AFFIDAVIT OF _Steve McCluskey_

COUNTY OF HORRY_____ )

The Affiant, being duly sworn, deposes and says:

1.   My name is _Steve McCluskey_ and I a customer of Mayday Golf.

2.   I live in the _Murfreesboro, TN_____ area.

3.   I am aware of many miniature golf courses in the Grand Strand area in addition to the Mayday course.

4.   As a miniature golf course player, I have played many different courses and commonly identify a golf course by its theme.

5.   I recognize the Mayday golf course as being the one with the big airplane, and identify the course as the one with the big airplane.

6.   I find the big airplane at the Mayday course to be distinctive when compared to other miniature golf courses and their potentially identifying aspects.

7.   I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: _Steve R. McCluskey_

Name: _Steve McCluskey_

SWORN and subscribed to before me
this _9_ day of _Oct____, 2001

_____(L.S.)
Notary Public for South Carolina
My commission expires:
_2.25.2003_

STATE OF SOUTH CAROLINA )

COUNTY OF HORRY_____ )

AFFIDAVIT OF *Tom Mulhall*

The Affiant, being duly sworn, deposes and says:

1. My name is *Tom Mulhall* and I a customer of Mayday Golf.

2. I live in the *New Jersey - Ocean County* area.

3. I am aware of many miniature golf courses in the Grand Strand area in addition to the Mayday course.

4. As a miniature golf course player, I have played many different courses and commonly identify a golf course by its theme.

5. I recognize the Mayday golf course as being the one with the big airplane, and identify the course as the one with the big airplane.

6. I find the big airplane at the Mayday course to be distinctive when compared to other miniature golf courses and their potentially identifying aspects.

7. I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: *Tom Mulhall*

Name: *Tom Mulhall*

SWORN and subscribed to before me
this 9 day of _oct_, 2001

_____(L.S.)
Notary Public for South Carolina
My commission expires:

2. 25. 2003

STATE OF SOUTH CAROLINA  )

COUNTY OF _Horry_          )          **AFFIDAVIT OF** _William Turner_

       The Affiant, being duly sworn, deposes and says:

1.     My name is _William P. Turner_ and I am a customer of Mayday miniature golf course;

2.     I live and/or vacation in the Myrtle Beach/ Grand Strand area;

3.     That as a miniature golf course player I have played many different courses and commonly identify a golf course by its theme;

4.     That the miniature golf course that has a real airplane as its central theme is of higher quality and standards than those of other miniature golf courses;

5.     That I often refer to the Mayday golf course as the one with the big airplane;

         Signature: _William P. Turner_

         Name: _William P. Turner_

SWORN and subscribed to before me
this _4_ day of _Oct_, 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:

2.25 2003

STATE OF SOUTH CAROLINA )
                        )      AFFIDAVIT OF _Barbara Deel_
COUNTY OF HORRY_____ )


The Affiant, being duly sworn, deposes and says:


1.   My name is _Barbara Deel_ and I a customer of Mayday Golf.

2.   I live in the _Haysi, Va_ area.

3.   I am aware of many miniature golf courses in the Grand Strand area in addition to
     the Mayday course.

4.   As a miniature golf course player, I have played many different courses and
     commonly identify a golf course by its theme.

5.   I recognize the Mayday golf course as being the one with the big airplane, and
     identify the course as the one with the big airplane.

6.   I find the big airplane at the Mayday course to be distinctive when compared to
     other miniature golf courses and their potentially identifying aspects.

7.   I refer to and direct people to the Mayday miniature golf course as being the one
     with the big airplane.

                         Signature: _Barbara M Deel_
                         Name: _Barbara Deel_

SWORN and subscribed to before me
this _9_ day of _oct_____, 2001

_Oscar C Duncan_(L.S.)
Notary Public for South Carolina
My commission expires:
_2. 25. 200 8_

STATE OF SOUTH CAROLINA )
                              )      AFFIDAVIT OF _Judy Stanley_

COUNTY OF HORRY_____ )

The Affiant, being duly sworn, deposes and says:

1.    My name is _Judy Stanley_ and I a customer of Mayday Golf.

2.    I live in the _South Western Va_ area.

3.    I am aware of many miniature golf courses in the Grand Strand area in addition to

    the Mayday course.

4.    As a miniature golf course player, I have played many different courses and

    commonly identify a golf course by its theme.

5.    I recognize the Mayday golf course as being the one with the big airplane, and

    identify the course as the one with the big airplane.

6.    I find the big airplane at the Mayday course to be distinctive when compared to

    other miniature golf courses and their potentially identifying aspects.

7.    I refer to and direct people to the Mayday miniature golf course as being the one

    with the big airplane.

Signature: _Judy Stanley_

Name: _Judy Stanley_

SWORN and subscribed to before me
this 9 day of _ast_ , 2001

_____(L.S.)
Notary Public for South Carolina
My commission expires:
2.25.2003

STATE OF SOUTH CAROLINA )
                         )     AFFIDAVIT OF _Janette Mullin_
COUNTY OF HORRY_____   )


The Affiant, being duly sworn, deposes and says:

1.    My name is _Janette Mullins_ and I a customer of Mayday Golf.

2.    I live in the _Hays Va_ area.

3.    I am aware of many miniature golf courses in the Grand Strand area in addition to
      the Mayday course.

4.    As a miniature golf course player, I have played many different courses and
      commonly identify a golf course by its theme.

5.    I recognize the Mayday golf course as being the one with the big airplane, and
      identify the course as the one with the big airplane.

6.    I find the big airplane at the Mayday course to be distinctive when compared to
      other miniature golf courses and their potentially identifying aspects.

7.    I refer to and direct people to the Mayday miniature golf course as being the one
      with the big airplane.

                              Signature: _Janette Mullins_
                              Name: _Janette Mullins_

SWORN and subscribed to before me
this _9_ day of _oct_, 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:
2.25. 2003

**STATE OF SOUTH CAROLINA** )

**COUNTY OF** ~~Horry~~ )            **AFFIDAVIT OF** _Seven Trent_

    )

The Affiant, being duly sworn, deposes and says:

1.    My name is _Steven Trent_ and I am a customer of Mayday

      miniature golf course;

2.    I live and/or vacation in the Myrtle Beach/ Grand Strand area;

3.    That as a miniature golf course player I have played many different courses and

      commonly identify a golf course by its theme;

4.    That the miniature golf course that has a real airplane as its central theme is of

      higher quality and standards than those of other miniature golf courses;

5.    That I often refer to the Mayday golf course as the one with the big airplane;

            Signature: _Steven Trent_

            Name: _Steven Trent_

SWORN and subscribed to before me
this _9_ day of _act_, 2001

_Drew C. Duncan_ (L.S.)
Notary Public for South Carolina
My commission expires:
_2. 25. 2003_

STATE OF SOUTH CAROLINA )

COUNTY OF <u>Horry</u> )

AFFIDAVIT OF <u>GRAHAM PHELPS</u>

The Affiant, being duly sworn, deposes and says:

1.   My name is <u>Graham Phelps</u> and I am a customer of Mayday miniature golf course;

2.   I live and/or vacation in the Myrtle Beach/ Grand Strand area;

3.   That as a miniature golf course player I have played many different courses and commonly identify a golf course by its theme;

4.   That the miniature golf course that has a real airplane as its central theme is of higher quality and standards than those of other miniature golf courses;

5.   That I often refer to the Mayday golf course as the one with the big airplane;

Signature: _____

Name: <u>Graham Phelps</u>

SWORN and subscribed to before me
this <u>9</u> day of <u>Oct</u>, 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:
<u>2 25 2003</u>

**STATE OF SOUTH CAROLINA** )

**COUNTY OF** ~~Horry~~ )    **AFFIDAVIT OF**  John George Dahkstrom Jr

)

The Affiant, being duly sworn, deposes and says:

1.    My name is _John George Dahkstrom Jr_ and I am a customer of Mayday

miniature golf course;

2.    I live and/or vacation in the Myrtle Beach/ Grand Strand area;

3.    That as a miniature golf course player I have played many different courses and

commonly identify a golf course by its theme;

4.    That the miniature golf course that has a real airplane as its central theme is of

higher quality and standards than those of other miniature golf courses;

5.    That I often refer to the Mayday golf course as the one with the big airplane;

Signature: _____

Name: _John Dahktrom Jr_

SWORN and subscribed to before me

this _9_ day of _Oct_____, 2001

_____(L.S.)

Notary Public for South Carolina

My commission expires:

_2. 25. 2003_

STATE OF SOUTH CAROLINA  )

COUNTY OF __HAMILTON CO__  )   AFFIDAVIT OF DAVE ROHLING
              OH     )

The Affiant, being duly sworn, deposes and says:

1.    My name is ___DAVE ROHLING___ and I am a customer of Mayday miniature golf course;

2.    I live and/or vacation in the Myrtle Beach/ Grand Strand area;

3.    That as a miniature golf course player I have played many different courses and commonly identify a golf course by its theme;

4.    That the miniature golf course that has a real airplane as its central theme is of higher quality and standards than those of other miniature golf courses;

5.    That I often refer to the Mayday golf course as the one with the big airplane;

      Signature: _____

      Name: ___DAVID J ROHLING___

SWORN and subscribed to before me
this 7 day of __Oct__, 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:

2.25.2003

STATE OF SOUTH CAROLINA )

                             )       **AFFIDAVIT OF LYNNE CESARIO**

COUNTY OF HORRY_____ )

The Affiant, being duly sworn, deposes and says:

1.   My name is Lynne Cesario and I managed the Mayday miniature golf course from 1998 through 2001.

2.   As Manager of Mayday Miniature Golf course, my responsibilities include speaking with customers of the course and trying to ascertain how they heard about the course.

3.   Through the course of my employment, I have personally spoken to customers who say that they or their families insisted on playing the course with "the big yellow airplane.".

4.   Many customers have said that the big airplane primarily identifies and distinguishes the Mayday course from numerous other miniature golf establishments in the Myrtle Beach area.

5.   I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

6.   I have documented many examples of customer comments in the attached letter of Oct. 9, 2001.

Signature: _Lynne M Cesario_

Name: _Lynne M Cesario_

SWORN and subscribed to before me
this _10_ day of _October_, 2001

_Isaac O. Dunet_ (L.S.)
Notary Public for South Carolina
My commission expires:
_2. 25 8003_

Lynne Caesar
1429 Baldwin Court
Little River SC 29566

October 09, 2001

To Whom It May Concern:

During my four years as the Manager of Mayday Miniature Golf I cannot begin to reflect on the endless times customers, suppliers and delivery people had no idea where Mayday Golf is located, but knew where the "big yellow airplane" is.
The following are just a few of the perpetual comments:
*Customers:*
    - We/my son/my daughter saw the "yellow airplane" and this was the only course they wanted to play.
    - When customers would inquire the best place to play miniature golf at Restaurants, Hotels etc. the reply was always the one with the "big yellow airplane."
    - I love your "yellow airplane."
    - We played at your other course in Tennessee.
    - We play here every time we come to the Beach. Our family and friends play here as well
    - When we were planning our vacation, the kids saw your web site with the "big yellow airplane" so here we are.
    - We played at another course that had a plane is that yours too.
    - We've played lots of courses but we like this one the best. We love the "yellow airplane."
    - The boys decided to play here everyday while we are here. They love the airplane.
    - When speaking with others on the the telephone we're at the one with the "big yellow plane."

*Suppliers:*
When I had the need to call various suppliers in the area, they had no idea where we were located until I told them we were the one with the "big yellow airplane."
    - Oh, ya. I drive by there every day to work.
    - I and my family played there.

If you should need more information please do not hesitate to call me at 843-280-5437.

Sincerely,

Lynne Cesario

STATE OF SOUTH CAROLINA )

COUNTY OF HORRY_____ )

AFFIDAVIT OF _Jean N. Gioele_

The Affiant, being duly sworn, deposes and says:

1. My name is _Jean N. Gioele_ and I am an employee of Mayday miniature golf course;

2. As an employee of Mayday miniature golf course, my responsibilities include speaking with customers of the course and trying to ascertain how they heard about the course;

3. Through the course of my employment, I have personally spoken to customers who say that they or their families insisted on playing the course with "the big yellow airplane.";

4. Many customers have said that the big airplane primarily identifies and distinguishes the Mayday course from numerous other miniature golf establishments in the Myrtle Beach area;

5. I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane;

Signature: _Jean N. Gioele_

Name: _Jean N. Gioele_

SWORN and subscribed to before me this 9 day of Oct , 2001

_____(L.S.)

Notary Public for South Carolina

My commission expires:

2.25-2003

STATE OF SOUTH CAROLINA  )

COUNTY OF ~~Horry~~             )            AFFIDAVIT OF *Thomas W. Decker*

 

The Affiant, being duly sworn, deposes and says:

1.    My name is *Thomas W Decker* and I am an employee of Mayday miniature golf course.

2.    As an employee of Mayday miniature golf course, my responsibilities include speaking with customers of the course and trying to ascertain how they heard about the course.

3.    Through the course of my employment, I have personally spoken to numerous customers who say that they or their families insisted on playing the course with the "big yellow airplane."

4.    Many customers have said that the "big airplane" primarily identifies and distinguishes the Mayday course from among the numerous other miniature golf establishments in the Myrtle Beach area.

5.    I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: *Thomas W. Decker*

Name: *Thomas W. Decker*

SWORN and subscribed to before me
this 9 day of *oct* , 2001

_____ (L.S.)
Notary Public for South Carolina
My commission expires:
2. 25. 2003

STATE OF SOUTH CAROLINA  )
                                )      **AFFIDAVIT OF RICHARD MARKS**
COUNTY OF HORRY_____  )

The Affiant, being duly sworn, deposes and says:

1. My name is Richard Marks, and I own and operate Marks Construction Company, and have done so for 16 years.

2. As part of my business, I build miniature golf courses, and have done so on many occasions.

3. In addition, I personally own and operate a miniature golf course, called Mutiny Bay, and have done so for 1 years.

4. My miniature golf course is near to Mayday miniature golf course.

5. I have personally visited the "Mayday" miniature golf course several times, as well as other miniature golf courses in the Myrtle Beach area.

6. Based on having approximately 13 years of experience in the industry, both as a builder and owner of miniature golf courses, I believe the large "airplane in distress" on the Mayday course to be very distinctive in the industry in general and the Myrtle Beach area in particular.

7. Based on my experience in the industry and my knowledge of the miniature golf establishments in Myrtle Beach, I believe the large airplane in distress identifies the Mayday miniature golf course sufficient to allow customers to identify the airplane with the Mayday course, and I so identify the plane myself.

8.    Based on my experience in the industry, I believe it is beneficial to have a

distinctive feature on a miniature golf course that allows the public to readily

identify and differentiate that course from another, and I believe that the Mayday

Airplane is very successful in that regard.

9.    I refer to and direct people to the Mayday miniature golf course as being the one

with the big yellow airplane.

Signature: _Richard L. Marks_

Name: _Richard L. Marks_

SWORN and subscribed to before me

this _10_ day of _oct_ , 2001

_____ (L.S.)

Notary Public for South Carolina

My commission expires:

2 25- 2003

STATE OF SOUTH CAROLINA  )        **AFFIDAVIT OF WATSON GORE**
                                 )

COUNTY OF HORRY_____  )

The Affiant, being duly sworn, deposes and says:

1.   My name is Watson Gore, and I am an Accountant in the  North Myrtle Beach area, and have been so

employed for 28 years.

2.   In the course of my professional and personal life, I am familiar with many miniature golf

establishments in the Myrtle Beach area, and with the "Mayday" miniature golf course in particular.

3.   Based on my experience as an Accountant in the North Myrtle Beach area, I believe the large

authentic airplane that dominates the Mayday miniature golf course to be the distinctive identifying

feature of the Mayday course that differentiates it from the many other miniature golf courses I am

familiar with.

4.   Based on my professional and personal knowledge of the many miniature golf courses in the Myrtle

Beach area, I believe the large airplane in distress identifies the Mayday miniature golf course.

5.   I refer to and direct people to the Mayday miniature golf course as being the one with the big

airplane.

Signature: _Watson Gore_

Name: _WATSON GORE_

SWORN and subscribed to before me

this _10_ day of _oct_, 2001

_____ (L.S.)

Notary Public for South Carolina

My commission expires:

_2-25-2003_

STATE OF SOUTH CAROLINA  )
                                                     )        **AFFIDAVIT OF BRENDA CLARK**
COUNTY OF HORRY_____ )


The Affiant, being duly sworn, deposes and says:


1.    My name is Brenda Clark, and I am employed as the Membership Director for the North Myrtle Beach

      Chamber of Commerce, and have been so employed for 1 ½ years.

2.    In the course of my professional and personal life, I am familiar with many miniature golf

      establishments in the Myrtle Beach area, and with the "Mayday" miniature golf course in particular.

3.    Based on my experience as Membership Director for the North Myrtle Beach Chamber of Commerce, I

      believe the large authentic airplane that dominates the Mayday miniature golf course to be the

      distinctive identifying feature of the Mayday course that differentiates it from the many other miniature

      golf courses I am familiar with.

4.    Based on my professional and personal knowledge of the many miniature golf courses in the Myrtle

      Beach area, I believe the large airplane in distress identifies the Mayday miniature golf course.

5.    I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

                                    Signature: _Brenda Clark_

                                    Name: _Brenda Clark_____


SWORN and subscribed to before me

this _10_ day of _Oct_, 2001

_Kendell S. Rickley_(L.S.)

Notary Public for South Carolina

My commission expires: _3/19/09_

STATE OF SOUTH CAROLINA )          **AFFIDAVIT OF KATHY SMITH**
                        )
COUNTY OF HORRY_____ )

The Affiant, being duly sworn, deposes and says:

1. My name is Kathy Smith, and I am an Advertising Sales Representative in the North Myrtle Beach area, and have been so employed for _5_ years.

2. In the course of my professional and personal life, I am familiar with many miniature golf establishments in the Myrtle Beach area, and with the "Mayday" miniature golf course in particular.

3. Based on my experience in advertising sales in the Myrtle Beach area, I believe the large authentic airplane that dominates the Mayday miniature golf course to be the distinctive identifying feature of the Mayday course that differentiates it from the many other miniature golf courses I am familiar with.

4. Based on my professional and personal knowledge of the many miniature golf courses in the Myrtle Beach area, I believe the large airplane in distress identifies the Mayday miniature golf course.

5. I refer to and direct people to the Mayday miniature golf course as being the one with the big airplane.

Signature: _Katherine L Smith_

Name: _Katherine V. Smith_

SWORN and subscribed to before me

this _10_ day of _Oct._, 2001

_Susan H Wagner_ (L.S.)

Notary Public for South Carolina

My commission expires:    My Commission Expires February 19, 2008

STATE OF SOUTH CAROLINA ) 
                        )     **AFFIDAVIT OF COLIN ADDIS**
COUNTY OF HORRY_____ )


The Affiant, being duly sworn, deposes and says:


1.  My name is Colin Addis, and I own and operate Addis Advertising in the Myrtle

    Beach area.   I have been involved with entertainment, attractions and advertising

    in the Myrtle Beach area for _8_ years.

2.  I have personally visited the "Mayday" miniature golf course several times, as

    well as other miniature golf courses in the Myrtle Beach area.

3.  Based on having approximately _8_ years of experience operating and

    promoting attractions in the area, I believe the large "airplane in distress" on the

    Mayday course to be very distinctive in the industry in general and the Myrtle

    Beach area in particular.

4.  Based on my experience in the industry and my knowledge of the miniature golf

    establishments in Myrtle Beach, I believe the large airplane identifies the Mayday

    miniature golf course sufficient to allow customers to identify the airplane with

    the Mayday course, and I so identify the plane myself.

5.  Based on my experience in the industry, I believe it is beneficial to have a

    distinctive feature on a miniature golf course that allows the public to readily

    identify and differentiate that course from another, and I believe that the Mayday

    Airplane is very successful in that regard.

6.    I refer to and direct people to the Mayday miniature golf course as being the one

with the big airplane.

Signature: _Bill Cann's Addis_

Name: _____ 10.10.01 ____

SWORN and subscribed to before me

this _10_ day of _October_ , 2001

_Susan N. Wayner_ (L.S.)

Notary Public for South Carolina

My commission expires:    My Commission Expires February 19, 2008

STATE OF SOUTH CAROLINA )

                                  )      **AFFIDAVIT OF BOB DUATO**

COUNTY OF HORRY_____ )

The Affiant, being duly sworn, deposes and says:

1.    My name is Bob Duato, and I own and operate Bob's Sculptures, and have done so for _6_ years.

2.    As part of my business, I build sculptures for miniature golf courses and other attractions, and have done so on many occasions.

3.    I have personally visited the "Mayday" miniature golf course several times, as well as other miniature golf courses in the Myrtle Beach area.

4.    Based on having approximately _6_ years of experience in the industry, as a supplier to miniature golf courses, I believe the large "airplane in distress" on the Mayday course to be very distinctive in the industry in general and the Myrtle Beach area in particular.

5.    Based on my experience in the industry and my knowledge of the miniature golf establishments in Myrtle Beach, I believe the large airplane identifies the Mayday miniature golf course sufficient to allow customers to identify the airplane with the Mayday course, and I so identify the plane myself.

6.    Based on my experience in the industry, I believe it is beneficial to have a distinctive feature on a miniature golf course that allows the public to readily identify and differentiate that course from another, and I believe that the Mayday Airplane is very successful in that regard.

7.    I refer to and direct people to the Mayday miniature golf course as being the one

with the big airplane.

Signature: _Bob Duat_

Name: _Bob Duato_

SWORN and subscribed to before me

this _10_ day of _oct_ , 2001

_Isaac C. Dunn_ (L.S.)

Notary Public for South Carolina
2- 25- 2003
My commission expires:

JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Roberts Enterprises, LPc d/b/a
MaydayGolf

## DEFENDANTS

Fun Sport, Inc., d/b/a/Fire Mountain
Rescue Mini-Golf and d/b/a Fire Mountain
Golf

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    York, SC
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT   Kent
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Rex A. Donnelly     (302)778-2500
RatnerPrestia
1007 Orange Street, Suite 1100
Wilmington, DE  19801

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐XX Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN "X" IN ONE BOX FOR PLAINTIFF
(For Diversity Cases Only)                 AND ONE BOX FOR DEFENDANT

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐X 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐X 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.   NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐X 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt. Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **HABEAS CORPUS:** | | ☐ 870 Taxes (U.S. Plaintiff | Under Equal Access to Justice |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS — Third Party | State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | Security Act | | |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

☐XX 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
another district
(specify)

☐ 6 Multidistrict
Litigation

Appeal to District
Judge from
☐ 7 Magistrate
Judgment

## VI. CAUSE OF ACTION   (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

15 U.S.C. § 1051 et seq.   Trade Dress and Trademark Infringment, UnfairComp

## VII. REQUESTED IN
COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐XX YES   ☐ NO

## VIII. RELATED CASE(S)
IF ANY   (See instructions):

JUDGE _____    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 06 - 490

# ACKNOWLEDGMENT
## OF RECEIPT FOR AO FORM 85

### NOTICE OF AVAILABILITY OF A
### UNITED STATES MAGISTRATE JUDGE
### TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ____ COPIES OF AO FORM 85.

_____              _____
(Date forms issued)                  (Signature of Party or their Representative)

                                     _____
                                     (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action