# United States District Court

DISTRICT OF _____DELAWARE_____

Roberts Enterprises, LP, d/b/a
Mayday Golf

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 06- 490

Fun Sport, Inc., d/b/a Midway Speedway,
d/b/a Fire Mountain Golf, and d/b/a
Fire Mountain Rescue Mini-Golf

TO: (Name and address of defendant)

James A. Yori
9 The Circle
P.O. Box 250
Georgetown, DE  19947

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Rex A. Donnelly
RatnerPrestia
1007 Orange Street, Suite 1100
Wilmington, DE  19801
(302) 778-2500

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                        8/7/06

CLERK                                   DATE

(BY) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 8/11/06 |
| NAME OF SERVER (PRINT) GRANVILLE MORRIS | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: JAMES A. YORI AT 9 THE CIRCLE GEORGETOWN, DE COPIES THEREOF WERE ACCEPTED BY REBECCA JESTER

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/11/06
                Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.