## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERTS ENTERPRISES, LP, d/b/a MAYDAY GOLF, <br><br> Plaintiff, <br><br> v. <br><br> FUN SPORT, INC., d/b/a MIDWAY SPEEDWAY d/b/a FIRE MOUNTAIN GOLF and d/b/a FIRE MOUNTAIN RESCUE MINI-GOLF, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    C. A. No. 06-490 (JJF) |

### STIPULATION FOR EXTENSION OF TIME

Plaintiff and Defendant hereby stipulate, subject to the approval of the Court, that Defendant's time to answer, move or otherwise respond to the Complaint in this action is extended to September 20, 2006.

| RATNERPRESTIA | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: _/s/ Rex A. Donnelly_ <br> Rex A. Donnelly, IV (#3492) <br> 1007 Orange Street, Suite 1100 <br> P.O. Box 1596 <br> Wilmington, DE 19899 <br> Tel: (302) 778-2500 <br> radonnelly@ratnerprestia.com | By: _/s/ Richard L. Horwitz_ <br> Richard L. Horwitz (#2246) <br> Hercules Plaza, 6th Floor <br> 1313 North Market Street <br> Wilmington, Delaware 19889-0951 <br> Telephone: (302) 984-6000 <br> rhorwitz@potteranderson.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

748309