## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBERTS ENTERPRISES, LP<br>d/b/a MAYDAY GOLF | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-490-JJF |
| | ) | |
| FUN SPORT, INC. d/b/a MIDWAY | ) | |
| SPEEDWAY, d/b/a FIRE MOUNTAIN | ) | **DEMAND FOR JURY TRIAL** |
| GOLF, and d/b/a FIRE MOUNTAIN | ) | |
| RESCUE MINI-GOLF | ) | |
| | ) | |
| Defendant. | ) | |

### RULE 7.1. DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Fun Sport, Inc.,

discloses that it has no parent corporation and no publicly held corporation owns 10% or

more of its stock.

POTTER ANDERSON & CORROON LLP

By:   _/s/ William R. Denny_
       Richard L. Horwitz (#2246)
       William R. Denny (#2580)
       James M. Kron (#3898)
       Hercules Plaza, 6th Floor
       1313 North Market Street
       P.O. Box 951
       Wilmington, Delaware 19889-0951
       Tel:  (302) 984-6000
       rhorwitz@potteranderson.com
       wdenny@potteranderson.com
       jkron@potteranderson.com

*Attorneys for Defendant Fun Sport, Inc.*

Dated:  September 20, 2006
751452v1 - 29926

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, James M. Kron, hereby certify that on September 20, 2006, the attached document was

hand delivered to the following persons and was electronically filed with the Clerk of the Court

using CM/ECF which will send notification to the registered attorney(s) of record that the

document has been filed and is available for viewing and downloading:

Rex A. Donnelly, IV
Ratner & Prestia
1007 Orange Street, Suite 1100
P.O. Box 1596
Wilmington, DE 19899-1596
radonnelly@ratnerprestia.com

I hereby certify that on September 20, 2006, I have sent by Electronically Mailed the

foregoing document to the following:

John B. Hardaway III
Amy E. Allen
Nexsen Pruet Adams Kleemeier, LLC
201 W. McBee Avenue, Suite 400 (29601)
Post Office Drawer 10648
Greenville, SC  29603-0648
jhardaway@nexsenpruet.com

/s/ James M. Kron
Richard L. Horwitz (#2246)
William R. Denny (#2580)
James M. Kron (#3898)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
wdenny@potteranderson.com
jkron@potteranderson.com

751485 / 29926