IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERTS ENTERPRISES, LP., d/b/a MAYDAY GOLF,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FUN SPORT, INC., d/b/a MIDWAY SPEEDWAY d/b/a FIRE MOUNTAIN GOLF and d/b/a FIRE MOUNTAIN RESCUE MINI-GOLF<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. NO. 06-490 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Amy E. Allen to represent plaintiff Roberts Enterprises, LP, d/b/a Mayday Golf in this matter.

Dated: December 19, 2006

By: RATNERPRESTIA

_____
Rex A. Donnelly IV (Bar No. 3492)
Nemours Building, Suite 1100
1007 Orange Street
Wilmington, DE 19801
(302) 778-2500

Attorneys for Plaintiff
Roberts Enterprises, LP
d/b/a Mayday Golf

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERTS ENTERPRISES, LP.,<br>d/b/a MAYDAY GOLF<br><br>        Plaintiff,<br><br>vs.<br><br>FUN SPORT, INC., d/b/a MIDWAY<br>SPEEDWAY d/b/a FIRE MOUNTAIN<br>GOLF and d/b/a FIRE MOUNTAIN<br>RESCUE MINI-GOLF<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. NO. 06-490 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Amy E. Allen is GRANTED.

```
                                    _____
                                    United States District Judge
```

Date: _____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of South Carolina and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: *Amy E. Allen*

Date: 12/19/06