December 19, 2006

**_Via ECF_**

The Honorable Joseph J. Farnan
U.S. District Court Judge
Delaware Federal District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

    Re:    **Roberts Enterprises, LP v. Fun Sport Inc.**
             **C.A. No. 06-CV-490 (JJF)**

Dear Judge Farnan:

    The parties to this matter jointly write to submit to Your Honor, in preparation for the Rule 16 Initial Conference to be subsequently scheduled, a proposed Scheduling Order with parameters, dates and deadlines agreed upon by the parties.

    The parties note that because of the potential for a large number of third party witnesses in this case, the proposed schedule includes an ending date for fact discovery that reflects the additional time contemplated for taking the fact depositions of numerous witnesses. This proposed schedule, therefore, may require that the trial date be set one or two months beyond the 16 months the Court referenced in its letter dated December 5, 2006.

    Counsel stand ready to address any questions Your Honor may have regarding the proposed Scheduling Order.

Respectfully submitted,

| | |
|---|---|
| **RatnerPrestia** | **Potter Anderson & Corroon LLP** |
| Rex A. Donnelly, IV (# 3492) | William R. Denny (#2580) |
| 1007 Orange Street, Suite 1100 | Hercules Plaza, 6th Floor |
| Post Office Box 1596 | 1313 North Market Street |
| Wilmington, Delaware 19899-1596 | P.O. Box 951 |
| Tel: 302.778.2500 | Wilmington, DE 19899-0951 |
| radonnelly@ratnerprestia.com | wdenny@potteranderson.com |
| Counsel for Plaintiff | Counsel for Defendant |
| Roberts Enterprises, LP | Fun Sport Inc |