IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERTS ENTERPRISES, LP<br>d/b/a MAYDAY GOLF<br><br>      Plaintiff,<br><br>      v.<br><br>FUN SPORT, INC. d/b/a MIDWAY<br>SPEEDWAY, d/b/a FIRE MOUNTAIN<br>GOLF, and d/b/a FIRE MOUNTAIN<br>RESCUE MINI-GOLF<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-490-JJF<br>)<br>)<br>) **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that Defendant and Counterclaimant Fun Sport Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) was served by hand delivery upon following counsel of record:

    Rex A. Donnelly, IV, Esquire
    RatnerPrestia
    Nemours Building, Suite 1100
    1007 North Orange Street
    Wilmington, DE 19801

                            POTTER ANDERSON & CORROON LLP

                            By: /s/ William R. Denny
                                Richard L. Horwitz (#2246)
                                William R. Denny (#2580)
                                James M. Kron (#3898)
                                Hercules Plaza, 6th Floor
                                1313 North Market Street
                                P.O. Box 951
                                Wilmington, Delaware 19889-0951
                                Tel: (302) 984-6000
                                rhorwitz@potteranderson.com
                                wdenny@potteranderson.com
                                jkron@potteranderson.com

                              *Attorneys for Defendant Fun Sport, Inc.*

Dated: January 12, 2007
772124 / 29926

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, William R. Denny, hereby certify that on January 12, 2007, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Rex A. Donnelly, IV, Esquire
RatnerPrestia
Nemours Building, Suite 1100
1007 North Orange Street
Wilmington, DE 19801

*William R. Denny*
Richard L. Horwitz (#2246)
William R. Denny (#2580)
James M. Kron (#3898)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
wdenny@potteranderson.com
jkron@potteranderson.com

772309