IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Kathy J. Steading, hereby certify that on this 12th day of January 2007, a copy of the foregoing *PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES* were served, via first class mail postage prepaid, to the following:

>   Richard L. Horwitz
>   William R. Denny
>   James M. Kron
>   Potter Anderson & Corroon LLP
>   Hercules Plaza
>   P.O. Box 951
>   Wilmington, DE 19899

By _/s/ Kathy J. Steading_
Kathy J. Steading