IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, _Amy E. Allen_, hereby certify that on this _16_th day of February 2007, a copy of the foregoing *PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS (SET ONE)* was served, via first class mail postage prepaid, to the following:

> Richard L. Horwitz
> William R. Denny
> James M. Kron
> Potter Anderson & Corroon LLP
> Hercules Plaza
> P.O. Box 951
> Wilmington, DE 19899

By _[signature]_