IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERTS ENTERPRISES, LP<br>d/b/a MAYDAY GOLF<br><br>Plaintiff,<br><br>v.<br><br>FUN SPORT, INC. d/b/a MIDWAY<br>SPEEDWAY, d/b/a FIRE MOUNTAIN<br>GOLF, and d/b/a FIRE MOUNTAIN<br>RESCUE MINI-GOLF<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 06-490-JJF<br>)<br>)<br>) **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant and Counterclaimant Fun Sport Inc. hereby certifies that copies of Fun Sport Inc.'s First Set of Requests for Production of Documents and First Set of Interrogatories to Plaintiff Roberts Enterprises, LP were caused to be served on March 20, 2007, upon the following attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Rex A. Donnelly, IV, Esquire
RatnerPrestia
Nemours Building, Suite 1100
1007 North Orange Street
Wilmington, DE 19801

**VIA ELECTRONIC MAIL**

John B. Hardaway III
Amy E. Allen
Nexsen Pruet Adams Kleemeier, LLC
201 W. McBee Avenue, Suite 400 (29601)
Post Office Drawer 10648
Greenville, SC 29603-0648
jhardaway@nexsenpruet.com
aallen@nexsenpruet.com

POTTER ANDERSON & CORROON LLP

By: _/s/ William R. Denny_
    Richard L. Horwitz (#2246)
    William R. Denny (#2580)
    James M. Kron (#3898)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, Delaware 19889-0951
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    wdenny@potteranderson.com

Dated: March 20, 2007
    jkron@potteranderson.com

*Attorneys for Defendant Fun Sport, Inc.*

784598 / 29926

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, William R. Denny, hereby certify that on March 20, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Rex A. Donnelly, IV
Ratner & Prestia
1007 Orange Street, Suite 1100
P.O. Box 1596
Wilmington, DE 19899-1596
radonnelly@ratnerprestia.com

I hereby certify that on March 20, 2007, I have sent by Electronically Mailed the foregoing document to the following:

John B. Hardaway III
Amy E. Allen
Nexsen Pruet Adams Kleemeier, LLC
201 W. McBee Avenue, Suite 400 (29601)
Post Office Drawer 10648
Greenville, SC  29603-0648
jhardaway@nexsenpruet.com
aallen@nexsenpruet.com

/s/ *William R. Denny*
Richard L. Horwitz (#2246)
William R. Denny (#2580)
James M. Kron (#3898)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
wdenny@potteranderson.com
jkron@potteranderson.com

751485 / 29926