IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERTS ENTERPRISES, LP<br>d/b/a MAYDAY GOLF<br><br>Plaintiff,<br><br>v.<br><br>FUN SPORT, INC. d/b/a MIDWAY<br>SPEEDWAY, d/b/a FIRE MOUNTAIN<br>GOLF, and d/b/a FIRE MOUNTAIN<br>RESCUE MINI-GOLF<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 06-490-JJF<br>)<br>)<br>)   **DEMAND FOR JURY TRIAL**<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant and Counterclaimant Fun Sport Inc. hereby certifies that copies of the following documents were caused to be served on April 5, 2007, upon the following attorneys of record at the following addresses as indicated:

1. Defendant Fun Sport, Inc.'s Response to Plaintiff's First Set of Interrogatories (NOS. 1-11);

2. Defendant Fun Sport, Inc.'s Response to Plaintiff's First Set of Requests For Production of Documents (NOS. 1-32); and

3. Defendant Fun Sport, Inc.'s Initial Responses and Objections to Plaintiff's Requests For Admission.

**VIA HAND DELIVERY**

Rex A. Donnelly, IV, Esquire
RatnerPrestia
Nemours Building, Suite 1100
1007 North Orange Street
Wilmington, DE  19801

**VIA ELECTRONIC MAIL**

John B. Hardaway III
Amy E. Allen
Nexsen Pruet Adams Kleemeier, LLC
201 W. McBee Avenue, Suite 400 (29601)
Post Office Drawer 10648
Greenville, SC  29603-0648
jhardaway@nexsenpruet.com
aallen@nexsenpruet.com

                POTTER ANDERSON & CORROON LLP

                By:  */s/ William R. Denny*
                    Richard L. Horwitz (#2246)
                    William R. Denny (#2580)
                    James M. Kron (#3898)
                    Hercules Plaza, 6th Floor
                    1313 North Market Street
                    P.O. Box 951
                    Wilmington, Delaware 19889-0951
                    Tel:  (302) 984-6000
                    rhorwitz@potteranderson.com
Dated:  April 5, 2007          wdenny@potteranderson.com
                    jkron@potteranderson.com

                *Attorneys for Defendant Fun Sport, Inc.*

787609 / 29926

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, William R. Denny, hereby certify that on April 5, 2007, the attached document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading:

Rex A. Donnelly, IV
Ratner & Prestia
1007 Orange Street, Suite 1100
P.O. Box 1596
Wilmington, DE 19899-1596
radonnelly@ratnerprestia.com

I hereby certify that on April 5, 2007, I have sent by Electronically Mailed the foregoing document to the following:

John B. Hardaway III
Amy E. Allen
Nexsen Pruet Adams Kleemeier, LLC
201 W. McBee Avenue, Suite 400 (29601)
Post Office Drawer 10648
Greenville, SC 29603-0648
jhardaway@nexsenpruet.com
aallen@nexsenpruet.com

/s/ *William R. Denny*
Richard L. Horwitz (#2246)
William R. Denny (#2580)
James M. Kron (#3898)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
wdenny@potteranderson.com
jkron@potteranderson.com

751485 / 29926