IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, _Amy E. Allen_, hereby certify that on this _8_ th day of May 2007, a copy of the foregoing *PLAINTIFF ROBERTS ENTERPRISES, LP'S RESPONSES TO DEFENDANT FUN SPORT, INC.'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS* were served, via first class mail postage prepaid, to the following:

>Richard L. Horwitz
>William R. Denny
>James M. Kron
>Potter Anderson & Corroon LLP
>Hercules Plaza
>P.O. Box 951
>Wilmington, DE 19899

By _/s/ Amy E. Allen_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, _Amy E. Allen_, hereby certify that on this _8_ th day of May 2007, a copy of the foregoing *PLAINTIFF ROBERTS ENTERPRISES, LP'S RESPONSES TO DEFENDANT FUN SPORT, INC.'S FIRST SET OF INTERROGATORIES* were served, via first class mail postage prepaid, to the following:

>Richard L. Horwitz
>William R. Denny
>James M. Kron
>Potter Anderson & Corroon LLP
>Hercules Plaza
>P.O. Box 951
>Wilmington, DE 19899

By _/s/ Amy E. Allen_

NPGVL1:303909.1-IG-(AALLEN) 025118-00007