IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERTS ENTERPRISES, LP,<br>d/b/a MAYDAY GOLF,<br><br>    Plaintiff,<br><br>  v.<br><br>FUN SPORT, INC., d/b/a MIDWAY<br>SPEEDWAY d/b/a FIRE MOUNTAIN<br>GOLF and d/b/a FIRE MOUNTAIN<br>RESCUE MINI-GOLF,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) C. A. No. 06-490 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline in the following numbered paragraph of the Rule 16 Scheduling Order dated December 29, 2006 (D.I. 15) is amended as follows:

3.  Discovery.

(a)  Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by June 1, 2007 (extended from May 16, 2007).

| | |
|---|---|
| RATNER & PRESTIA<br><br>By: /s/ Rex A. Donnelly<br>   Rex A. Donnelly, IV (#3492)<br>   1007 Orange Street, Suite 1100<br>   P.O. Box 1596<br>   Wilmington, DE 19899<br>   Tel: (302) 778-2500<br>   radonnelly@ratnerprestia.com<br><br><br>*Attorneys for Plaintiff*<br><br>797052 / 29926 | POTTER ANDERSON & CORROON LLP<br><br>By: /s/ William R. Denny<br>   Richard L. Horwitz (#2246)<br>   William R. Denny (#2580)<br>   James M. Kron (#3898)<br>   Hercules Plaza, 6th Floor<br>   1313 North Market Street<br>   P.O. Box 951<br>   Wilmington, Delaware 19889-0951<br>   Tel: (302) 984-6000<br>   rhorwitz@potteranderson.com<br>   wdenny@potteranderson.com<br>   jkron@potteranderson.com<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of _____, 2007.

_____
United States District Court Judge