IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERTS ENTERPRISES, LP<br>d/b/a MAYDAY GOLF,<br><br>      Plaintiff,<br><br>v.<br><br>FUN SPORT, INC. d/b/a MIDWAY<br>SPEEDWAY, d/b/a FIRE MOUNTAIN<br>GOLF, and d/b/a FIRE MOUNTAIN<br>RESCUE MINI-GOLF,<br><br>      Defendant. | :<br>:<br>:<br>:<br>:<br>:   C. A. No. 06-490-JJF<br>:<br>:   **TRIAL BY JURY DEMANDED**<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF DEPOSITION OF JOHN ROBERTS

**PLEASE TAKE NOTICE** that Defendant Fun Sport, Inc. ("Fun Sport") will take the deposition upon oral examination of John Roberts pursuant to Federal Rule of Civil Procedure 30, before an authorized court reporter commencing at 9:30 a.m. on Tuesday, July 17, 2007 at the offices of Potter Anderson & Corroon LLP, 1313 N. Market St., Wilmington, DE 19801, or at such other time and place as agreed by the parties. The deposition will continue from day to day until completed, shall be transcribed, and may be videotaped. You are invited to attend and cross-examine the witness.

                                        POTTER ANDERSON & CORROON LLP

                                        By  */s/ William R. Denny*
                                             Richard L. Horwitz (#2246)
                                             William R. Denny (#2580)
                                             James M. Kron (#3803)
                                             Hercules Plaza, 6th Floor
                                             1313 North Market Street
                                             P.O. Box 951
                                             Wilmington, Delaware 19889-0951
                                             rhorwitz&potteranderson.com
                                             wdenny@potteranderson.com
                                             jkron@potteranderson.com

                                           *Attorneys for Defendant Fun Sport, Inc.*

Dated: July 5, 2007
805468 / 29926

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, William R. Denny, hereby certify that on July 5, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 5, 2007, I have Electronically Mailed the documents to the following person(s):

| | |
|---|---|
| Rex A. Donnelly, IV<br>Ratner & Prestia<br>1007 Orange Street, Suite 1100<br>P.O. Box 1596<br>Wilmington, DE 19899-1596<br>radonnelly@ratnerprestia.com | John B. Hardaway III<br>Amy E. Allen<br>Nexsen Pruet Adams Kleemeier, LLC<br>201 W. McBee Avenue, Suite 400 (29601)<br>Post Office Drawer 10648<br>Greenville, SC  29603-0648<br>jhardaway@nexsenpruet.com<br>aallen@nexsenpruet.com |

/s/ William R. Denny
Richard L. Horwitz (#2246)
William R. Denny (#2580)
James M. Kron (#3898)
Potter Anderson & Corroon LLP
Hercules Plaza
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
wdenny@potteranderson.com
jkron@potteranderson.com

751485 / 29926