IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf<br><br>Plaintiff,<br><br>v.<br><br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf<br><br>Defendants. | C.A. No. 06-490-JJF<br><br>DEPOSITION NOTICE OF KIMBERLY LOOMIS<br><br>Jury Trial Demanded |

DEPOSITION NOTICE OF KIMBERLY LOOMIS

PLEASE TAKE NOTICE that in accordance with Rules 26 and 30 of the Federal Rules of Civil Procedure, beginning on **Thursday, July 19, 2007 at 9:00 AM** and continuing thereafter until complete, the deposition of Kimberly Loomis will be taken before a qualified court reporter at the law offices of RatnerPrestia, 1007 Orange Street, Suite 1100, Wilmington, Delaware. The deposition shall be transcribed and may be videotaped. You are invited to attend and cross-examine the witness.

Respectfully submitted,

RATNERPRESTIA

Dated: 7/10/07

By: _____
Rex A. Donnelly, IV (#3492)
1007 Orange Street, Suite 1100
P.O. Box 1596
Wilmington, DE 19899-1596
radonnelly@ratnerprestia.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Rex A. Donnelly, hereby certify that on July 10, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney (s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 10, 2007, I have Electronically Mailed the documents to the following person (s):

William R. Denny
Potter Anderson & Connolly LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
wdenny@potteranderson.com

/s/ Rex A. Donnelly
Rex A. Donnelly, IV (#3492)
1007 Orange Street, Suite 1100
P.O. Box 1596
Wilmington, DE 19899-1596
(302) 778-2500 (Telephone)
radonnelly@ratnerprestia.com