IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf<br><br>Plaintiff,<br><br>vs.<br><br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf<br><br>Defendant. | Case No. 1:06-cv-00490-JJF |

## MOTION TO EXTEND THE SCHEDULING ORDER

Plaintiff Roberts Enterprises, LP respectfully moves the Court for an Order amending the Scheduling Order in this matter, filed on December 29, 2006, as set forth in the attached Proposed First Amended Scheduling Order.

This request to amend the Scheduling Order is the first request to the Court by either party. Both parties met and conferred regarding the extensions to the discovery schedule and, while Defendant Fun Sport, Inc. has not agreed to date to join in Plaintiff's motion, Defendant Fun Sport, Inc. has agreed not to oppose Plaintiff's motion for an extension of time. Furthermore, Defendant Fun Sport, Inc. is in agreement with the proposed dates in the Proposed First Amended Scheduling Order.

Consistent with the prior Scheduling Order, both parties have completed fact discovery related to document production and written discovery through interrogatories and requests for admissions. The Proposed First Amended Scheduling Order seeks to extend the deadlines for

completion of all fact discovery including depositions for both parties and the remaining scheduled dates unrelated to fact discovery by approximately two months.

Roberts Enterprises, LP requests an extension of the schedule because the parties have been involved in serious settlement discussions over the past month and continue to discuss settlement. While the parties are hopeful that settlement will result, further reasonable time to complete fact discovery will be necessary in the event settlement does not ultimately occur from the negotiations between the parties. An extension of approximately two months of all remaining deadlines as provided in the Proposed First Amended Scheduling Order should provide sufficient time for the parties to either settle the case or complete the remaining deadlines.

Accordingly, Plaintiff Roberts Enterprises, LP respectfully requests this honorable Court's consideration of the Proposed First Amended Scheduling Order (changes to the Schedule are italicized and bolded).

Respectfully submitted,

John B. Hardaway III (Admitted Pro Hac Vice)　　Rex A. Donnelly (Delaware ID # 3492)
Amy E. Allen (Admitted Pro Hac Vice)　　RatnerPrestia
NEXSEN PRUET ADAMS KLEEMEIER, LLC　　1007 Orange Street, Suite 1100
201 W. McBee Avenue, Suite 400 (29601)　　Post Office Box 1596
Post Office Drawer 10648　　Wilmington, Delaware 19899
Greenville, South Carolina 29603-0648　　PHONE: 302.778.2500
PHONE: 864.370.2211　　FACSIMILE: 302.778.2600
FACSIMILE: 864.282.1177　　radonnelly@ratnerprestia.com
jhardaway@nexsenpruet.com
aallen@nexsenpruet.com

Attorneys for Plaintiff
Roberts Enterprises, LP

July 20, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Rex A. Donnelly, hereby certify that on July 20, 2007, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney (s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on July 20, 2007, I have Electronically Mailed the documents to the following person (s):

William R. Denny, Esq.
Potter Anderson & Connolly LLP
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
wdenny@potteranderson.com

/s/ Rex A. Donnelly
Rex A. Donnelly (#3492)
1007 Orange Street, Suite 1100
P.O. Box 1596
Wilmington, DE 19899-1596
(302) 778-2500 (Telephone)
radonnelly@ratnerprestia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf<br><br>Plaintiff,<br><br>vs.<br><br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf<br><br>Defendant. | Case No. 06-490-JJF<br><br>**PROPOSED FIRST AMENDED RULE 16 SCHEDULING ORDER**<br><br>(Jury Trial Demanded) |

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The Parties will exchange by January 12, 2007 the information required by Fed. R. Civ. P. 26 (a) (1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before March 9, 2007.

3. **Discovery.**

    (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by May 16, 2007.

    (b) Maximum of 25 interrogatories, including contention interrogatories, for each side.

    (c) Maximum of 100 Requests for admission by each side.

    (d) Maximum of 10 depositions by plaintiff (s) and 10 by defendant (s), excluding non-in person third party depositions and expert depositions. Depositions shall not commence until the discovery required by paragraph 3 (a, b and c) is completed.

    (e) Fact discovery shall be completed by **September 20, 2007**.

(f) Reports from retained experts required by Fed. R. Civ. P. 26 (a) (2) are due from the plaintiff (s) by **_October 15, 2007_**; from the defendant (s) by **_November 14, 2007_**.

(g) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said experts's report, unless otherwise agreed in writing by the parties or ordered by the court.

4. **Discovery disputes.**

(a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b) All papers shall set forth in a plain and concise manner the issue (s) in dispute, the party's position on the issue (s), and the reasons for the party's position.

(c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the dispute is ready for decision.

(d) Upon receipt of the movant's e-mail, the court will determine whether a conference is necessary and advise the parties accordingly.

(e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

5. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before March 16, 2007.

6. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **_January 15, 2008_**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be

filed more than ten (10) days from the above date without leave of the Court. The court will issue a separate Order regarding procedures for filing summary judgment motions.

    8. **Applications by Motion.**

        (a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7. 1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

        (b) No facsimile transmissions will be accepted.

        (c) No telephone calls shall be made to Chambers.

        (d) Any party with a true emergency matter Requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

    9. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the court will schedule a Pretrial Conference.

    The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____        _____
Date                                                       United States District Judge