IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf<br><br>Plaintiff,<br><br>vs.<br><br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf<br><br>Defendant. | Case No. 06-490-JJF<br><br>**FIRST AMENDED<br>RULE 16 SCHEDULING ORDER**<br><br>(Jury Trial Demanded) |

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The Parties will exchange by January 12, 2007 the information required by Fed. R. Civ. P. 26 (a) (1) and D. Del. LR 16.2.

2. **Joinder of other Parties.** All motions to join other parties shall be filed on or before March 9, 2007.

3. **Discovery.**

    (a) Exchange and completion of contention interrogatories, identification of fact witnesses and document production shall be commenced so as to be completed by May 16, 2007.

    (b) Maximum of 25 interrogatories, including contention interrogatories, for each side.

    (c) Maximum of 100 Requests for admission by each side.

    (d) Maximum of 10 depositions by plaintiff (s) and 10 by defendant (s), excluding non-in person third party depositions and expert depositions. Depositions shall not commence until the discovery required by paragraph 3 (a, b and c) is completed.

    (e) Fact discovery shall be completed by **September 20, 2007**.

(f) Reports from retained experts required by Fed. R. Civ. P. 26 (a) (2) are due from the plaintiff (s) by **_October 15, 2007_**; from the defendant (s) by **_November 14, 2007_**.

(g) Any party desiring to depose an expert witness shall notice and complete said deposition no later than thirty (30) days from receipt of said experts's report, unless otherwise agreed in writing by the parties or ordered by the court.

4. **Discovery disputes.**

(a) A party seeking discovery which the opposing party refuses to provide shall file a motion (no brief) pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 37.1. Said motion shall not exceed a total of four (4) pages and must specify that the filing is pursuant to the Discovery Dispute procedures provided in this paragraph. An Answer to the Rule 37 motion, not to exceed four (4) pages, shall be filed within five (5) days of service of the motion. No reply is permitted.

(b) All papers shall set forth in a plain and concise manner the issue (s) in dispute, the party's position on the issue (s), and the reasons for the party's position.

(c) Upon receipt of the Answer, the movant shall notify Chambers by e-mail at jjf_civil@ded.uscourts.gov that the dispute is ready for decision.

(d) Upon receipt of the movant's e-mail, the court will determine whether a conference is necessary and advise the parties accordingly.

(e) There is no limit on the number of Rule 37 motions a party may file, unless otherwise ordered by the Court.

5. **Amendment of the Pleadings.** All motions to amend the pleadings shall be filed on or before March 16, 2007.

6. **Case Dispositive Motions.** Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before **_January 15, 2008_**. Briefing shall be pursuant to D. Del. LR 7.1.2. No case dispositive motion may be

2

filed more than ten (10) days from the above date without leave of the Court. The court will issue a separate Order regarding procedures for filing summary judgment motions.

8. **Applications by Motion.**

(a) Any applications to the Court shall be by written motion filed with the Clerk of the Court in compliance with the Federal Rules of Civil Procedure and the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995). Any non-dispositive motion shall contain the statement required by D. Del. LR 7. 1.1. Parties may file stipulated and unopposed Orders with the Clerk of the Court's review and signing. The Court will not consider applications and requests submitted by letter or in a form other than a motion.

(b) No facsimile transmissions will be accepted.

(c) No telephone calls shall be made to Chambers.

(d) Any party with a true emergency matter

Requiring the assistance of the Court shall e-mail Chambers at: jjf_civil@ded.uscourts.gov. The e-mail shall provide a short statement describing the emergency.

9. **Pretrial Conference and Trial.** After reviewing the parties' Proposed Scheduling Order, the court will schedule a Pretrial Conference.

The Court will determine whether the trial date should be scheduled when the Scheduling Order is entered or at the Pretrial Conference. If scheduling of the trial date is deferred until the Pretrial Conference, the parties and counsel shall anticipate and prepare for a trial to be held within sixty (60) to ninety (90) days of the Pretrial Conference.

_____July 25, 2007_____            _____[signature]_____
Date                                    United States District Judge