IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ROBERTS ENTERPRISES, LP, :
d/b/a Mayday Golf, :
　　　　　　　　　　　　　　　　　　　　:
　　　　Plaintiff, :
　　　　　　　　　　　　　　　　　　　　:
v. : Civil Action No. 06-490-JJF
　　　　　　　　　　　　　　　　　　　　:
FUN SPORT, INC., d/b/a Midway :
Speedway, d/b/a Fire Mountain :
Golf, and d/b/a Fire Mountain :
Rescue Mini-Golf :
　　　　　　　　　　　　　　　　　　　　:
　　　　Defendant. :

## O R D E R

WHEREAS, the Court issued the parties Proposed First Amended Rule 16 Scheduling Order (D.I. 39);

WHEREAS, the dates amended in the First Amended Rule 16 Scheduling Order conflict with the Pretrial Conference set for January 2008;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The Pretrial Conference set for January 10, 2008 at 11:30 a.m. is CANCELLED.

2) A Pretrial Conference will be held on **Thursday, April 10, 2008 at 3:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective June 30, 2007) shall govern the pretrial conference;

      3)    Trial will be scheduled at the Pretrial Conference to commence within 120 days of the pretrial conference.  Counsel should be available during the 120 day period for trial.

_August 14, 2007_
DATE

_____
UNITED STATES DISTRICT JUDGE