IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf<br><br>Plaintiff,<br><br>vs.<br><br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf<br><br>Defendant. | Case No. 06-490-JJF<br><br>**PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**<br><br>**(Oral hearing requested)** |

The Plaintiff and counterclaim defendant Roberts Enterprises, LP, d/b/a Mayday Golf, (hereinafter "Roberts Enterprises") hereby moves the Court for an Order enforcing the settlement agreement that was reached between the parties on July 27, 2007. Support for this motion is set forth and fully explained in Plaintiff's Memorandum in Support of its Motion to Enforce the Settlement Agreement filed simultaneously herewith.

The attorneys for the parties met and conferred via teleconference regarding the filing of this motion and it is believed that Fun Sport will oppose this motion.

For the reasons provided in Plaintiff's Memorandum in Support of this Motion to Enforce the Settlement Agreement, Roberts Enterprises respectfully requests that the court grant this motion and issue an Order enforcing the valid settlement to which Fun Sport, Inc. and Roberts Enterprises previously agreed.

Respectfully submitted,

/s/Rex A. Donnelly
Rex A. Donnelly, IV (Delaware ID # 3492)
RatnerPrestia

1007 Orange Street, Suite 1100
Post Office Box 1596
Wilmington, Delaware 19899
PHONE: 302.778.2500
FACSIMILE: 302.778.2600
radonnelly@ratnerprestia.com

Of Counsel:

John B. Hardaway III (Federal ID # 1710)
Amy E. Allen (Federal ID #9722)
NEXSEN PRUET ADAMS KLEEMEIER, LLC
201 W. McBee Avenue, Suite 400 (29601)
Post Office Drawer 10648
Greenville, South Carolina  29603-0648
PHONE:  864.370.2211
FACSIMILE:  864.282.1177
jhardaway@nexsenpruet.com

Attorneys for Plaintiff
Roberts Enterprises, LP

September 28, 2007
Wilmington, Delaware

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf<br><br>Plaintiff,<br><br>vs.<br><br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf<br><br>Defendant. | Case No. 06-490-JJF<br><br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE THE SETTLEMENT AGREEMENT** |

Upon review of the Plaintiff's Motion to Enforce the Settlement Agreement, and all written submissions by the parties related thereto, the Court hereby GRANTS Roberts Enterprises' Motion to Enforce the Settlement Agreement.

IT IS SO ORDERED.

_____    _____
Date                                United States District Judge