IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf<br><br>Plaintiff,<br><br>vs.<br><br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf<br><br>Defendant. | Case No. 1:06-cv-00490-JJF |

## STIPULATED MOTION TO STAY AND MODIFY THE SCHEDULING ORDER

Plaintiff Roberts Enterprises, LP (hereinafter "Roberts Enterprises") and Defendant Fun Sport, Inc. (hereinafter "Fun Sport") hereby respectfully and jointly move the Court for an Order staying the Amended Scheduling Order dated July 25, 2007, pending the outcome of Roberts Enterprises' Motion to Enforce the Settlement Agreement (also referred to as "Roberts Enterprises' Motion") filed on September 28, 2007. The parties further respectfully and jointly request, without prejudice to either party regarding Roberts Enterprises' Motion, that in the event Roberts Enterprises' Motion is not granted, the Court issue an Order modifying the Amended Scheduling Order as provided below.

This is the first request to stay the schedule and is the second request to the Court (the first joint request to the Court) to amend the entire schedule. It is well settled law that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with the economy of time and effort for itself, for counsel,

and for litigants." *Texaco, Inc. v. Borda*, 383 F.2d 607, 608 (3rd Cir. 1967) (citing *Landis v. North American Co.*, 299 U.S. 248, 254-255 (1936)).

Plaintiff Roberts Enterprises, LP previously sought to modify the schedule to extend the remaining discovery and trial deadlines by two months. This request was sought because the parties had been involved in settlement discussions and Roberts Enterprises felt that it would need more time to complete fact discovery in the event settlement negotiations were unsuccessful. Based on the Amended Schedule, fact discovery in this case was to be completed by September 20, 2007. Because the previous two month extension of fact discovery was expended by the parties attempting to reach a settlement, the parties did not complete fact discovery in this action.

If Roberts Enterprises' Motion is granted, further discovery will no longer be necessary in this case and modification of the schedule will be unnecessary. If the Court does not grant Roberts Enterprises' Motion, modification of the current schedule will become necessary because the parties need more time to complete discovery. Accordingly, to conserve resources of the Court and the parties, the parties respectfully request that the Court stay the Amended Scheduling Order pending resolution of Robert Enterprises' Motion. If the Court denies such motion, the parties further request an extension of approximately two month of all remaining deadlines, including reopening fact discovery for a two-month period, from the date of the ruling on Roberts Enterprises' Motion.

A proposed Order staying the Amended Scheduling Order pending resolution of Roberts Enterprises' Motion and modifying the Scheduling Order if Roberts Enterprises' Motion is unsuccessful is attached.

Accordingly, the Plaintiff Roberts Enterprises, LP and Defendant Fun Sport, Inc. respectfully and jointly request this honorable Court's consideration as provided above.

    Respectfully submitted,

    RATNERPRESTIA

    /s/Rex A. Donnelly
    Rex A. Donnelly, IV (Delaware ID # 3492)
    RatnerPrestia
    1007 Orange Street, Suite 1100
    Post Office Box 1596
    Wilmington, Delaware 19899
    PHONE: 302.778.2500
    FACSIMILE: 302.778.2600
    radonnelly@ratnerprestia.com

    John B. Hardaway III (Federal ID # 1710)
    Amy E. Allen (Federal ID #9722)
    NEXSEN PRUET ADAMS KLEEMEIER, LLC
    201 W. McBee Avenue, Suite 400 (29601)
    Post Office Drawer 10648
    Greenville, South Carolina 29603-0648
    PHONE: 864.370.2211
    FACSIMILE: 864.282.1177
    jhardaway@nexsenpruet.com
    aallen@nexsenpruet.com

    Attorneys for Plaintiff
    Roberts Enterprises, LP


    POTTER ANDERSON & CORROON LLP


    /s/William R. Denny
    Richard L. Horwitz (#2246)
    William R. Denny (#2580)
    James M. Kron (#3803)
    Hercules Plaza, 6th Floor
    1313 North Market Street
    P.O. Box 951
    Wilmington, Delaware 19889-0951
    PHONE: 302-984-6000

FACSIMILE: 302-658-1192
rhorwitz&potteranderson.com
wdenny@potteranderson.com
jkron@potteranderson.com

Attorneys for Defendant
Fun Sport, Inc.

October 3, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf<br><br>Plaintiff,<br><br>vs.<br><br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf<br><br>Defendant. | Case No. 1:06-cv-00490-JJF<br><br>**PROPOSED ORDER GRANTING THE STIPULATED MOTION TO STAY AND MODIFY THE SCHEDULING ORDER** |

Upon review of the Stipulated Motion to Stay and Modify the Scheduling Order, the Court finds hereby stays the proceedings pending a determination by the Court on Roberts Enterprises' Motion to Enforce the Settlement Agreement. Furthermore and in the event the Court denies Roberts Enterprises' Motion to Enforce the Settlement Agreement, the Court will issue an Amended Scheduling Order adding approximately two months to all remaining deadlines, including completion of fact discovery, from the date of the ruling on Plaintiff Roberts Enterprises' Motion. Accordingly, the Court hereby GRANTS the Stipulated Motion to Stay and Modify the Scheduling Order.

IT IS SO ORDERED.

_____          _____
Date                                                                   United States District Judge