IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf<br><br>Plaintiff,<br><br>vs.<br><br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf<br><br>Defendant. | Case No. 1:06-cv-00490-JJF<br><br>**PROPOSED ORDER GRANTING THE STIPULATED MOTION TO STAY AND MODIFY THE SCHEDULING ORDER** |

Upon review of the Stipulated Motion to Stay and Modify the Scheduling Order, the Court finds hereby stays the proceedings pending a determination by the Court on Roberts Enterprises' Motion to Enforce the Settlement Agreement. Furthermore and in the event the Court denies Roberts Enterprises' Motion to Enforce the Settlement Agreement, the Court will issue an Amended Scheduling Order adding approximately two months to all remaining deadlines, including completion of fact discovery, from the date of the ruling on Plaintiff Roberts Enterprises' Motion. Accordingly, the Court hereby GRANTS the Stipulated Motion to Stay and Modify the Scheduling Order.

IT IS SO ORDERED.

_October 5 2007_
Date

_[signature]_
United States District Judge