

**RatnerPrestia**
WE SPECIALIZE IN THE LAW OF CREATIVITY®

JOANNE CEBALLOS
DIRECT DIAL: 302-778-3471
EMAIL: jceballos@ratnerprestia.com

May 8, 2008

**VIA ECF**

The Honorable Joseph J. Farnan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    *Roberts Enterprises, LP v. Fun Sport, Inc.*
            C.A. No. 06-490-JJF

Dear Judge Farnan:

    The Court denied plaintiff's Motion to Enforce Settlement Agreement by Memorandum Order dated March 7, 2008 (D.I. 53). The Court previously entered an Order on October 9, 2007 (D.I. 46) granting the parties' Stipulated Motion to Stay and Modify the Scheduling Order pending resolution of the Motion to Enforce. That Order provides that upon resolution of the Motion to Enforce, the Court will issue an Amended Scheduling Order adding two months to all remaining deadlines.

    The parties and defendant's insurance company have continued to discuss settlement since the Court's March 7, 2008 Order denying the Motion to Enforce, and all believe that a prompt mediation with a Magistrate Judge would advance resolution of this case. Although we recognize that if Your Honor decides to refer the case to mediation it is the Court's prerogative as to which of the two Magistrates is assigned the matter, we understand that Magistrate Judge Stark may have some availability to conduct a mediation during the second half of June 2008. Accordingly, the parties request that the Court issue an Order assigning this case to Magistrate Judge Stark and further suspending the Scheduling Order pending the outcome of mediation. A form of order is attached for the Court's convenience.

    The parties are available to discuss this proposal should Your Honor have any questions.

                      Respectfully submitted,

                      Joanne Ceballos

Enclosure

cc:    William R. Denny (w/enc.)(Via ECF)
        Timothy J. Houseal (w/enc.)(Via Hand Delivery)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire )<br>Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf )<br>)<br>Defendant. ) | C.A. No. 06-490-JJF |

**ORDER REFERRING THE CASE TO MEDIATION
AND SUSPENDING THE SCHEDULING ORDER**

**WHEREAS** the parties and defendant's insurance company have jointly requested that this case be referred to Magistrate Judge Stark for mediation, and

**WHEREAS** the parties have jointly requested that the Court defer entering an Amended Scheduling Order pending the outcome of mediation,

**IT IS HEREBY ORDERED**:

1. Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Stark for the purpose of exploring the possibility of settlement. The parties shall contact the Magistrate Judge to schedule a settlement conference as soon as practicable, and shall inform the Court of the date mediation is scheduled to occur.

2. The Scheduling Order in this case is suspended pending the outcome of mediation.

3. If mediation is unsuccessful, the parties will promptly submit a proposed Amended Scheduling Order to the Court adding approximately two months to all remaining deadlines.

_____   _____
Date                                             United States District Judge