IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf<br><br>Plaintiff,<br><br>vs.<br><br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf<br><br>Defendant. | C.A. No. 06-490-JJF |

**ORDER REFERRING THE CASE TO MEDIATION
AND SUSPENDING THE SCHEDULING ORDER**

**WHEREAS** the parties and defendant's insurance company have jointly requested that this case be referred to Magistrate Judge Stark for mediation, and

**WHEREAS** the parties have jointly requested that the Court defer entering an Amended Scheduling Order pending the outcome of mediation,

**IT IS HEREBY ORDERED**:

1. Pursuant to 28 U.S.C. §636, this matter is referred to Magistrate Judge Stark for the purpose of exploring the possibility of settlement. The parties shall contact the Magistrate Judge to schedule a settlement conference as soon as practicable, and shall inform the Court of the date mediation is scheduled to occur.

2. The Scheduling Order in this case is suspended pending the outcome of mediation.

3. If mediation is unsuccessful, the parties will promptly submit a proposed Amended Scheduling Order to the Court adding approximately two months to all remaining deadlines.

_May 9, 2008_                    _[signature]_
Date                                  United States District Judge