IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Roberts Enterprises, LP, d/b/a Mayday Golf<br><br>Plaintiff,<br><br>vs.<br><br>Fun Sport, Inc., d/b/a Midway Speedway, d/b/a Fire Mountain Golf, and d/b/a Fire Mountain Rescue Mini-Golf<br><br>Defendant. | C.A. No. 06-490-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William Y. Klett, III, to represent plaintiff Roberts Enterprises, LP in this matter.

DATED: July 17, 2008

RATNERPRESTIA

/s/ Joanne Ceballos
_____

Rex A. Donnelly, IV (Delaware ID # 3492)
E-mail: radonnelly@ratnerprestia.com
Joanne Ceballos (Delaware ID #2854)
E-mail: jceballos@ratnerprestia.com
1007 Orange Street, Suite 1100
Wilmington, DE 19801-1231
Phone: (302) 778-2500
Fax: (302) 778-2600
Attorneys for Plaintiff Roberts Enterprises, LP

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of William Y. Klett, III, is GRANTED.

Dated: _____     _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of South Carolina, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that that annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 17, 2008

William Y. Klett, III
Nexsen Pruet
1230 Main Street
Suite 700
Columbia, South Carolina, 29201
Direct Dial: (803) 253-8205
wklett@nexsenpruet.com